UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| In re: ANDERSON, JEFFREY LEE | § | Case No. 09-71883 |
| ANDERSON, DIANE LEE | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOSEPH D. OLSEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
211 South Court
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 02/01/2010 in Courtroom 115, United States Courthouse,
211 South Court
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 12/07/2009     By: /s/JOSEPH D. OLSEN
                                                 Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228
(815) 965-8635

**UST Form 101-7-NFR (9/1/2009)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| In re: ANDERSON, JEFFREY LEE | § | Case No. 09-71883 |
|---|---|---|
| ANDERSON, DIANE LEE | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of | $ 8,727.84 |
| and approved disbursements of | $ 1,727.40 |
| leaving a balance on hand of [1] | $ 7,000.44 |

Claims of secured creditors will be paid as follows:

Claimant                                                                 Proposed Payment
                                   N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | | Fees | Expenses |
|---|---|---|---|
| Trustee | JOSEPH D. OLSEN | $ 1,622.78 | $ 181.79 |
| Attorney for trustee | Yalden, Olsen & Willette | $ 967.50 | $ |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | | $ | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

Reason/Applicant              Fees              Expenses

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| Other | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $885.49 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 4P | Illinois Department of Revenue | $885.49 | $885.49 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 17,985.21 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 18.6 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 | Commonwealth Edison | $470.71 | $87.49 |
| 2 | Applied Bank | $1,897.12 | $352.61 |
| 3 | Applied Bank | $3,228.99 | $600.17 |
| 4U | Illinois Department of Revenue | $285.80 | $53.12 |
| 5 | CitiFinancial Services Inc. | $12,102.59 | $2,249.49 |

**UST Form 101-7-NFR (9/1/2009)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number   Claimant                         Allowed Amt. of Claim   Proposed Payment*
N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number   Claimant                         Allowed Amt. of Claim   Proposed Payment*
N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $0.00.


Prepared By: /s/JOSEPH D. OLSEN
                           Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL  61104-2228
(815) 965-8635


**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-3           User: cshabez                Page 1 of 2                   Date Rcvd: Dec 30, 2009
Case: 09-71883                 Form ID: pdf006              Total Noticed: 43


The following entities were noticed by first class mail on Jan 01, 2010.
db/jdb        +Jeffrey Lee Anderson,   Diane Lee Anderson,   5301 Orchard Drive,   Mc Henry, IL 60050-2338
aty           +Craig A Willette,   Yalden Olsen & Willette,   1318 E State Street,   Rockford, IL 61104-2228
aty           +Jason Kara,   Law Offices of Peter Francis Geraci,   55 E Monroe St #3400,
                Chicago, IL 60603-5920
tr            +Joseph D Olsen,   Yalden Olsen & Willette,   1318 E State Street,   Rockford, IL 61104-2228
13887613     ++APPLIED BANK,   PO BOX 15809,   WILMINGTON DE 19850-5809
               (address filed with court: Applied BANK,   Attn: Bankruptcy Dept.,   601 Delaware Ave,
                Wilmington, DE 19801)
13887596      +AT T Mobility,   C/O Afni, INC.,   Po Box 3427,   Bloomington, IL 61702-3427
13887600      +Accounts Receivable MG,   Attn: Bankruptcy Dept.,   7507 N 2Nd St Unit C,
                Machesney Park, IL 61115-2867
13887602      +Amcore BANK N A,   Attn: Bankruptcy Dept.,   501 7Th St,   Rockford, IL 61104-1299
14438055       Applied Bank,   P.O. Box 17125,   Wilmington DE 19850-7125
13887634      +Business Revenue Systems,   Bankruptcy Dept.,   PO BOX 13077,   Des Moines, IA 50310-0077
13887612      +Capital One,   Attn: Bankruptcy Dept.,   Po Box 85520,   Richmond, VA 23285-5520
13887632      +Centegra Memorial Medical Ctr,   Attn: Bankruptcy Department,   3701 Doty Rd.,
                Woodstock, IL 60098-7550
13887630       Center for Neurology,   Attn: Bankruptcy Dept.,   750 E Terra Cotta Ave,   Palatine, IL 60074
13887622      +CitiFinancial Auto,   Bankruptcy Department,   PO Box 182287,   Columbus, OH 43218-2287
14713739       CitiFinancial Services Inc.,   P.O. Box 140489,   Irving, TX 75014-0489
13887616      +Clerk of the Law Division,   Doc #06 M1 166289,   180 N. LaSalle St., Ste. 2400,
                Chicago, IL 60601-2704
13887624       Dept of Child & Family Service,   Collections (Station #433),   406 E. Monroe,
                Springfield, IL 62701-1498
13887629      +Doris Madrigal DDS,   Attn: Bankruptcy Dept.,   1228 N Cedar Lake rd.,
                Hainesville, IL 60073-2556
13887609      +Equifax,   Attn: Bankruptcy Dept.,   P.O. Box 740241,   Atlanta, GA 30374-0241
13887610      +Experian,   Attn: Bankruptcy Dept.,   P.O. Box 2002,   Allen, TX 75013-2002
13887603      +Global CARE  S.C.,   C/O MRSI,   2250 E Devon Ave Ste 352,   Des Plaines, IL 60018-4521
13887604      +HOME LOAN Services INC,   Attn: Bankruptcy Dept.,   150 Allegheny Center Mal,
                Pittsburgh, PA 15212-5335
13887607      +IL DEPT OF Healthcare,   Attn: Bankruptcy Dept.,   509 S 6Th St,   Springfield, IL 62701-1825
13887623      +IRS Priority Debt,   Attn: Bankruptcy Dept.,   Box 21126,   Philadelphia, PA 19114-0326
14676337       Illinois Department of Revenue,   Bankruptcy Section,   P.O. Box 64338,
                Chicago, Illinois 60664-0338
13887625       Illinois Department of Revenue,   Bankruptcy Department,   PO Box 19035,
                Springfield, IL 62794-9035
13887628      +John Elstray,   Attn: Bankruptcy Dept.,   406 N Front St.,   Ste A,   Mc Henry, IL 60050-5593
13887606      +Johnson Blumberg and Assoc,   2200 N Seminary Ave,   #400,   Chicago, IL 60614
13887627      +MHS Physicians,   Attn: Bankruptcy Dept.,   PO BOX 5081,   Ste A,   Hanover, WI 53547-5081
13887601      +MRSI,   Attn: Bankruptcy Dept.,   2250 E Devon Ave Ste 352,   Des Plaines, IL 60018-4521
13887633      +McHenry Radiologist,   Attn: Bankruptcy Dept.,   PO BOX 220,   Mc Henry, IL 60051-0220
13887635      +Moraine Emergency Physicians,   Bankruptcy Department,   PO Box 8759,
                Philadelphia, PA 19101-8759
13887597       Nco-Medclr,   Attn: Bankruptcy Dept.,   Po Box 8547,   Philadelphia, PA 19101
13887608      +Portfolio Recovery&Aff,   Attn: Bankruptcy Dept.,   120 Coporate Blvd Ste 10,
                Norfolk, VA 23502-4962
13887631      +Quest Diagnostics,   Attn: Bankruptcy Dept,   PO Box 740020,   Cincinnati, OH 45274-0020
13887620      +THD/CBSD,   Attn: Bankruptcy Dept.,   Po Box 6497,   Sioux Falls, SD 57117-6497
13887611      +TransUnion,   Attn: Bankruptcy Dept.,   P.O. Box 1000,   Chester, PA 19016-1000
13887595      +Trojan Professional SE,   Attn: Bankruptcy Dept.,   4410 Cerritos Ave,
                Los Alamitos, CA 90720-2549
13887594      +Wells Fargo Financial,   C/O Zenith Acquisition,   220 John Glenn Dr # 1,
                Amherst, NY 14228-2228
13887615      +Weltman, Weinberg & Reis Co.,   Bankruptcy Department,   180 N. LaSalle St., Ste. 2400,
                Chicago, IL 60601-2704
13887626      +William Dam MD,   Attn: Bankruptcy Dept.,   214 Washington St,   Ingleside, IL 60041-9208
13887605      +clerk of the McHenry Circ Ct,   Doc#08CH2226,   2200 N Seminary Ave,   Woodstock, IL 60098-2637

The following entities were noticed by electronic transmission on Dec 30, 2009.
13887636      +E-mail/Text: legalcollections@comed.com                           Commonwealth Edison,
                Attn: System Credit/BK Dept,   2100 Swift Dr.,   Oak Brook, IL 60523-1559
                                                                                              TOTAL: 1


            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*          +Joseph D Olsen,   Yalden Olsen & Willette,   1318 E State Street,   Rockford, IL 61104-2228
13887614*    ++APPLIED BANK,   PO BOX 15809,   WILMINGTON DE 19850-5809
               (address filed with court: Applied BANK,   Attn: Bankruptcy Dept.,   601 Delaware Ave,
                Wilmington, DE 19801)
13887617*     +Capital One,   Attn: Bankruptcy Dept.,   Po Box 85520,   Richmond, VA 23285-5520
13887618*     +Capital One,   Attn: Bankruptcy Dept.,   Po Box 85520,   Richmond, VA 23285-5520
13887619*     +Capital One,   Attn: Bankruptcy Dept.,   Po Box 85520,   Richmond, VA 23285-5520
13887621*     +Capital One,   Attn: Bankruptcy Dept.,   Po Box 85520,   Richmond, VA 23285-5520
13887598*      Nco-Medclr,   Attn: Bankruptcy Dept.,   Po Box 8547,   Philadelphia, PA 19101
13887599*      Nco-Medclr,   Attn: Bankruptcy Dept.,   Po Box 8547,   Philadelphia, PA 19101
                                                                                              TOTALS: 0, * 8

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-3            User: cshabez            Page 2 of 2            Date Rcvd: Dec 30, 2009
Case: 09-71883                  Form ID: pdf006          Total Noticed: 43
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 01, 2010**              **Signature:**      *Joseph Speetjens*